**FILED**
Aug 25, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES,**<br>　　　　　　　Plaintiff.<br>v.<br>**DOROTEO GONZALES;**<br>**AMADO ESCOBEDO JR.,**<br>　　　　　　　**Defendants.** | CASE NO.　　1:21-mj-00084 BAM<br>**UNDER SEAL**<br>ORDER SEALING COMPLAINT |

The United States having applied to this Court for a criminal complaint in the above-captioned proceedings and having applied for the criminal complaint and arrest warrants to remain under seal in order to prevent interference with an ongoing criminal investigation,

IT IS ORDERED that the criminal complaint and arrest warrants filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated:  August 24 2021

　　　　　　　　　　　　　　　　　　　　　/s/ B. McAuliffe
　　　　　　　　　　　　　　　　　　　　Honorable Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　UNITIED STATES MAGISTRATE JUDGE

Order Sealing Criminal Complaint　　　　　　　　1